# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

IN RE:

CASE NO.: 18-20935
CHAPTER 13

Evan Lee Jones
*aka Evan J Jones*
*aka Evan Jones*
*aka Evan L Jones,*
  Debtor.

_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. BANK NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR BLUEWATER INVESTMENT TRUST 2018-1
Name of Transferee

Wells Fargo Bank, N.A.
Name of Transferor

Name and Address where notices to Transferee should be sent:
Selene Finance LP
9990 Richmond Ave, Suite 400 South
Houston, TX 77042

Court Claim # (if known): 5
Amount of Claim: 215,365.08
Date Claim Filed: 4/2/2018

Phone: 877-735-3637
Last Four Digits of Acct #: 7588

Phone: 800-274-7025
Last Four Digits of Acct #: 8312

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance LP - Attention Cashiering
P.O. Box 71243
Philadelphia, PA 19176-6243

Phone: 877-735-3637
Last Four Digits of Acct #: 7588

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: /s/ Sean C. Ferry                    Date: 10/26/2018
  Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on October 26, 2018, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been

served via CM/ECF or United States Mail to the following parties:

Pauldeep Bains
180 Promenade Circle, Suite 300
Sacramento, CA 95834

Evan Lee Jones
3612 Voleyn St
Carmichael, CA 95608-2860

David Cusick
PO Box 1858
Sacramento, CA 95812-1858

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

                       RAS CRANE, LLC
                       Authorized Agent for Secured Creditor
                       10700 Abbott's Bridge Road, Suite 170
                       Duluth, GA 30097
                       Telephone: 470-321-7112
                       Facsimile: 404-393-1425

                       By: <u>/s/ Sean C. Ferry</u>
                          Sean C. Ferry, Esquire
                          Email: sferry@rasflaw.com

Selene Finance LP
9990 Richmond Avenue
Suite 400 South
Houston, TX 77042



Temp-Return Service Requested

WALTER JONES
EVAN JONES
3612 VOLEYN ST
CARMICHAEL, CA 95608-2860



9990 Richmond Avenue<br>
Suite 400 South<br>
Houston, TX 77042<br>
Telephone (877) 735-3637<br>
Fax (866) 926-5496<br>
www.selenefinance.com

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. - 5 p.m.

## SERVICING TRANSFER INFORMATION

08/30/2018

WALTER JONES
EVAN JONES
3612 VOLEYN ST
CARMICHAEL, CA 95608

Selene Finance Account #: █████
Current UPB: $204,775.91
Mortgagor(s): WALTER JONES
EVAN JONES
Property: 3608 VOLEYN ST
CARMICHAEL, CA 95608

Dear Mortgagor (s):

Welcome to Selene Finance LP ("Selene"). The servicing of your mortgage is transferring from Wells Fargo Home Mortgage to Selene. Please review the following important information regarding your account.

Effective 08/14/2018, please begin sending your mortgage payments to Selene using one of the options below.

| Payment Options: | **Mail** | **Phone** |
|---|---|---|
| | Selene Finance LP | Loss Mitigation Department |
| | Attention: Cashiering Department | (877) 768-3759 |
| | P. O. Box 71243 | |
| | Philadelphia, PA 19176-6243 | |

*Where allowed by state law, Selene charges a nonrefundable convenience fee of $8.00 for payments made through the automated phone system or $12.00 when made with an agent. No convenience fee will be assessed for payments made by mail, automatic payment service via ACH, or through www.selenefinance.com.

Please contact your insurance agent to ensure that Selene receives proof that your property is insured with a Hazard Policy and for Flood and Windstorm, where applicable. Please take the necessary steps to have all future bills and proof of insurance forwarded to the addresses below:

| **Insurance Department** | **Property Taxes** |
|---|---|
| Selene Finance LP | Selene Finance LP #11740 |
| P. O. Box 461470 | P. O. Box 9217 |
| San Antonio, TX 78246 | Coppell, TX 75019 |
| Tel: (866) 318-1084 | |
| Fax: (866) 816-6837 | |

Selene will send you a Billing Statement each month; however, if you do not receive the statement before your 08/01/2017 payment is due, please send your payment with one of the Temporary Coupons enclosed.

If more than one account is transferring to Selene, this letter refers only to account number █████. Selene will send you a Welcome Letter and Temporary Coupons for each account. When making payments, please send the correct amount for each account and include the payment coupon(s) with your remittance.

If your previous servicer automatically drafted payments from your checking or savings account, this service is not transferable. Enclosed is an automatic drafting authorization form, which will allow you to establish an ACH draft with Selene. Please return the completed form to Selene Finance LP, Attention: Cashiering Department, P. O. Box 422039, Houston, TX 77242-4239. Please send payments by check or money order until Selene notifies you in writing that the automatic draft process is complete.

By January 31 of each year, Selene will provide an Annual Tax and Interest Statement for your IRS reporting for the portion of the previous year that Selene serviced your account.

If your account is currently escrowed for taxes and/or insurance, Selene is required by law to analyze your account. Selene will notify you in writing if your payment amount changes.

Premiums for mortgage life, accidental death, or disability insurance will not be transferred from your previous servicer. You may contact your carrier for arrangements to maintain your coverage through direct billing. Please contact your previous servicer if you are unsure of your carrier's name.

NOTICE REGARDING REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA): Please review the attached Notice of Assignment, Sale or Transfer of Servicing Rights. This is the official notification required by law from the transferee, Selene Finance LP. **That notice also includes important information about your consumer rights under federal and state law.**

NOTICE REGARDING FAIR AND ACCURATE CREDIT TRANSACTIONS ACT OF 2003 (FACTA): Selene may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

NOTICE REGARDING ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT: The state Rosenthal Fair Debt Collection Practices Act and the Federal Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about the debt collection activities, you may contact Federal Trade Commission at (877) FTC-HELP or www.ftc.gov.

**Partial Payment Policy** - Your lender may hold partial payments in a separate account until you pay the remainder of the payment, and then apply the full payment to your account. If this account is sold, your new lender may have a different policy.

Should you have questions, please contact Selene's Customer Service Department at (877) 735-3637 during the hours indicated above or visit our website at www.selenefinance.com.  Any written correspondence should be sent to Selene Finance LP, Attention:  Customer Service Research, P. O. Box 421517, Houston, TX 77242.  You may also contact Wells Fargo Home Mortgage at 1-866-234-8271, Monday through Friday, 6:00 a.m. to 10:00 p.m. and Saturday, 8:00 a.m. to 2:00 p.m.Central Time.

Sincerely,

Selene Finance LP

Enclosure:  Notice of Assignment, Sale, or Transfer of Servicing Rights; Authorization Agreement for Pre-Authorized Payments; Temporary Coupon



## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold, or transferred from Wells Fargo Home Mortgage to Selene Finance LP, effective 08/14/2018.

The assignment, sale, or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, federal law requires that your present servicer send you this notice at least 15 days before the effective date of transfer or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your previous servicer was Wells Fargo Home Mortgage. The business address for your previous servicer is Written Correspondence, P.O. Box 10335, Des Moines, IA 50306-0325. If you have any questions relating to the transfer of servicing from your previous servicer, call Wells Fargo Home Mortgage at 1-866-234-8271, Monday through Friday, 6:00 a.m. to 10:00 p.m. and Saturday, 8:00 a.m. to 2:00 p.m.Central Time. This is a toll-free number.

Your new servicer is Selene Finance LP. The business address for your new servicer is 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042. The toll-free telephone number for your new servicer is (877) 735-3637. If you have any questions relating to the transfer of servicing to your new servicer call Selene Finance LP Customer Service Department toll-free at (877) 735-3637 Monday through Thursday from 8 a.m. to 9 p.m. and Friday from 8 a.m. to 5 p.m. CT.

The date that your previous servicer will stop accepting payments from you is 08/13/2018. The date that your new servicer will start accepting payments from you is 08/14/2018. Send all payments due on or after that date to your new servicer.

The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance in the following manner: premiums for mortgage life, accidental death, or disability insurance will not be transferred from your previous servicer. You may contact your carrier for arrangements to maintain your coverage by direct billing. Please contact your previous servicer if you are unsure of your carrier's name.

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 USC 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 USC 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 5 business days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name, account number, and reasons for the request. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to Selene Finance LP, Attention Customer Service Department, P. O. Box 422039, Houston, TX 77242-4239.

Not later than 30 business days after receiving your request, your servicer must make any appropriate corrections to your account and must provide you with a written clarification regarding any dispute. During this 60-business-day period after receiving your request relating to a dispute regarding your payments, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

Selene Finance LP
08/30/2018

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.



SELENE FINANCE LP
PREAUTHORIZED AUTOMATIC CLEARING HOUSE (ACH)
DEBITS AGREEMENT (DIRECT WITHDRAWAL)

| Mortgagor Name | Co-Mortgagor Name |
|---|---|
| Property Address | Phone |
| City, State, Zip | Selene Account #<br>████████ |

The undersigned hereby authorizes Selene Finance LP ("Selene") to initiate electronic transfers from my (our) account indicated below, and from the financial institution named below (the "Bank"), to debit the same from such account. If funds are mistakenly taken from my (our) account, I (we) authorize Selene to initiate a corrective (credit) entry, and provide such to the Bank.

*The name, address, account number and routing number of my (our) bank is:*

| Bank Name | Bank Routing (ABA #) * |
|---|---|
| Address | Account # |
| City, State, Zip | Type of Account<br>☐ Checking    ☐ Savings |

* How to identify routing/aba # and account number on checks or deposit slips (checking or savings):



I (we) wish to have my (our) monthly contractual payment withdrawn by using the following option - please check one (1) option:

- Please note that your account must be current on the day we receive this completed enrollment form in order to begin the program.
- Also for all options, if your draft day falls on a weekend or holiday the funds will be withdrawn on the next business day.

**Payment Change**
If the regular monthly contractual payment changes per your note, Selene will provide written notification at least twenty-five (25) days prior to each scheduled payment change.

☐ **Option A Single Monthly Contractual Payment** This option will draft and apply twelve (12) contractual payments each calendar year. Upon receipt of this form, the draft will begin the next calendar month.

████

Choose a calendar day below and a payment will be withdrawn the same day each month:

Check one (1): ☐ Due Date ☐ 4 days after due date ☐ 9 days after due date ☐ 14 days after due date ☐ Other _____ (but no later than 14 days after the due date) For example, if your due date is the 1st of the month and you choose 4 days after your due date, your payment will draft on the 5th of each month.

- To begin this option, this completed form must be received by Selene ten (10) days before your next payment is due.
- If the form is received after the ten (10) day period, you hereby authorize Selene to perform a One-Time Draft from your bank account. This One-Time Draft will occur on the same day of the month as your recurring ACH (chosen above) and will be for one full contractual monthly payment.
- Any electronic draft attempt by Selene that is not honored by your banking institution shall deem this ACH Debits Agreement null and void and your account may be removed from the ACH program.

☐ **Option B Bi-Weekly Payments** This option will draft an installment equal to half of your monthly contractual payment every fourteen (14) days. Note: ELOC Accounts are not eligible for this option.

- A total of twenty-six (26) installments will be applied as twelve (12) contractual payments and two (2) principal reductions each calendar year. The two (2) principal reductions are half of a contractual payment.
- To begin bi-weekly payments this completed form must be received ten (10) days before your payment due date. In addition to your account being current, it must be pre-paid by one full contractual monthly payment.
- The first installment will be drafted on the first Friday of the same month the ACH drafting begins.
- The first installment drafted will be held in the account's Suspense Account until the second installment is drafted. The full contractual payment will then be applied to your account the next business day.
- In a month that has three (3) installments drafted, the third (3rd) draft amount will be applied to reduce the principal balance of your account. This occurs in two (2) months each calendar year.
- Any electronic draft attempt by Selene that is not honored by your banking institution, shall deem this ACH Debits Agreement null and void and your account may be removed from the ACH program.

☐ **Additional Principal Payment** In addition to the monthly contractual payment due under my (our) account, I (we) wish to have additional funds taken with each contractual payment to be applied to PRINCIPAL. If YES, enter AMOUNT $_____. For Option B a principal payment will be divided into two (2) one-half payments and drafted along with each of your one-half contractual payments.

- This authority to perform electronic transfers is to remain in full force and effect until Selene has received written notification from me (or either of us) of its termination in time to afford Selene a reasonable opportunity to act on it, but in no event less than thirty (30) business days prior to the applicable draft date.
- Until such request is received by Selene, I (we) agree that Selene shall be fully protected in complying with the terms of this agreement. If your account should become delinquent in excess of thirty-one (31) days, your account may be removed from the ACH program and you will be required to cure any default and re-qualify for the ACH program.
- I (we) acknowledge that if I (we) enter into litigation with regard to an account secured by this property or file for protection under the US Bankruptcy Code, this agreement will immediately become null and void.

Signature(s) as they appear on the promissory note:

_____      _____
MORTGAGOR                          Date            CO-MORTGAGOR                     Date



**Common Reasons for Rejection**

- Account holder did not indicate a draft date on form.
- Account is not sufficiently pre-paid.
- Agreement is not executed and/or dated.
- Active bankruptcy case – drafting is not available on accounts in bankruptcy.
- Certain banks, such as BOA, Chase and Wells Fargo have multiple ABA/Routing numbers, therefore, Selene must have something from the Account holder's bank indicating the bank Routing/ABA Number, account number and the Account holder's name on the account.

Selene Finance LP
P.O. Box 422039
Houston, TX 77242-4239
Fax: (866) 926-5496
Attn: Customer Service

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Selene Finance
Temporary Payment
Remittance Coupon

Selene Account No.: ██████
Payment Amount: $1,386.32
Due Date: 08/01/2017

WALTER JONES
EVAN JONES
3612 VOLEYN ST
CARMICHAEL, CA 95608

Additional Principal:$_____

Escrow/Other/Fees:$_____

                                            Send Payment to:
                                            Selene Finance

Total Enclosed:$_____
                                            P. O. Box 71243
                                            Philadelphia, PA 19176-6243