B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of California

In re  EVAN LEE JONES                           ,                    Case No.  18-20935

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust
      Name of Transferee

U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust
      Name of Transferor

Name and Address where notices to transferee should be sent:
Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA  92619-2708

Phone: 888-504-6700
Last Four Digits of Acct #: 4478

Court Claim # (if known):  4-1
Amount of Claim:  $247,680.63
Date Claim Filed:  04/02/2018

Phone: 312-291-3781
Last Four Digits of Acct. #: 1482

Name and Address where transferee payments should be sent (if different from above):
Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Phone: 888-504-6700
Last Four Digits of Acct #: 4478

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Diane Weifenbach, Esq.                        Date: 06/19/2020
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.